UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIAS ILYIA, | |
| Plaintiff, | Case No. C11-1593RSL |
| v. | |
| MAROUN EL KHOURY and SOPHIE JALBERT EL KHOURY, | ORDER DENYING MOTION FOR RECONSIDERATION |
| Defendants. | |

By order entered on December 10, 2012, the Court granted defendant Sophie El Khoury's motion to dismiss for lack of service. Plaintiff has filed a timely motion for reconsideration. Dkt. # 117  Such motions are disfavored in this district, however, and the moving party bears the burden of showing "manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h).  Plaintiff has not met his burden.

In support of her motion to dismiss, Ms. El Khoury provided a detailed description of her activities on June 30, 2012, and the declarations of three other people who were with her during the relevant period. In response, plaintiff offered only a single,

ORDER DENYING MOTION
FOR RECONSIDERATION

-1-

1  conclusory declaration that he now seeks to supplement.[1]  Plaintiff has not shown that the
2  new facts or evidence could not have been brought to the Court's attention in a timely
3  manner.

5          For all of the foregoing reasons, plaintiff's motion for reconsideration is
6  DENIED.

8          Dated this 7th day of January, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiff also seeks to amend the proof of service filed with the Court on July 2, 2012, to append the signature of one of the police officers present during the Lebanon proceedings. Plaintiff's theory seems to be that the police officers were aware that counsel intended to serve Ms. El Khoury and/or may have witnessed the service and should therefore "be liberally construed as though they had handed her the papers themselves." Motion (Dkt. # 117) at 6. Amending the proof of service to attribute service to an individual who did not actually perform it would not benefit plaintiff in any way and, in fact, would likely be sanctionable.

ORDER DENYING MOTION
FOR RECONSIDERATION