UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ELIAS ILYIA,                                               )     No. C11-1593RSL
                                                                    )
          Plaintiff,                              )
                                                                    )
    v.                                                       )     ORDER DENYING DEFENDANT'S
                                                                    )     SECOND MOTION TO AMEND
MAROUN N. EL KHOURY, *et al.*,          )     CAPTION
                                                                    )
          Defendants.                          )
_____)

This matter comes before the Court on defendant's second "Motion to Amend Caption." Dkt. # 126. Although all claims brought by and against Sophie El Khoury have been dismissed, there is no need to amend the caption to delete her name. The Court's docket reflects the status of the parties to the case. The caption, on the other hand, is primarily an identification device so that the Court and the parties know to which case a document pertains. Defendant's fear of jury confusion is premature – we have only recently resolved service issues and added new counterclaims to the litigation – and can be resolved through a motion in limine or at the pretrial conference.

Defendant's second motion to amend caption is DENIED.

Dated this 18th day of January, 2013.

                                              /s/ Robert S. Lasnik
                                       Robert S. Lasnik
                                       United States District Judge

ORDER DENYING SECOND MOTION TO AMEND CAPTION