UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| ELIAS ILYIA, <br><br>            Plaintiff, <br>    v. <br><br>MAROUN N. EL KHOURY, *et al.*, <br><br>            Defendants. | No. C11-1593RSL <br><br> ORDER QUASHING TRIAL SUBPOENA DIRECTED TO SOPHIE EL KHOURY |

This matter comes before the Court on "Defendant's Motion to Quash Trial Subpoena Directed to Sophie El Khoury." Dkt. # 236. The motion identifies a number of problems with the subpoena and the way in which it was served. Because plaintiff has not opposed the motion, the trial subpoena directed to Sophie El Khoury is hereby QUASHED.

Dated this 28th day of April, 2014.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER QUASHING TRIAL SUBPOENA
DIRECTED TO SOPHIE EL KHOURY