UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ELIAS ILYIA,                            )   No. C11-1593RSL
                                        )
            Plaintiff,                  )
     v.                                 )   ORDER EXCLUDING TESTIMONY
                                        )   OF KHALED YOUSSEF ALI
MAROUN N. EL KHOURY, *et al.*,          )
                                        )
            Defendants.                 )
_____)

      This matter comes before the Court on "Defendant's Motion to Exclude Witness Khaled Youssef Ali from Testifying at Trial and to Quash the Trial Subpoena Issued to Him." Dkt. # 238. Defendant argues that Mr. Ali was not properly disclosed as a trial witness and that the subpoena was technically deficient. Because plaintiff has not opposed the motion, Mr. Ali will not be permitted to testify at trial, and the subpoena directed to him is hereby QUASHED.

      Dated this 28th day of April, 2014.

                              */s/ Robert S. Lasnik*
                            Robert S. Lasnik
                            United States District Judge

ORDER EXCLUDING TESTIMONY OF
KHALED YOUSSEF ALI